520

be determined whether or not appellants are entitled to possession. Secondly, the intervenor has no obligation to accept such an offer, and, thirdly, such an offer overlooks intervenor's obligation on its lease with Heidelberg. It follows that the interest of the intervenor is not moot as appellants contend, and that the court did not err in permitting the intervention, especially since the court correctly exercised its discretion in opening the judgment as to the original parties of record.

The order opening judgment and permitting intervention is affirmed.

## Richland Township School Authority, Appellant, v. Rea Construction Company.

Argued October 1, 1963. Before MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*James T. Collie, Jr.,* with him *Burgwin, Ruffin, Perry & Pohl,* for appellant.

*Bresci R. P. Leonard,* with him *Royston, Robb, Leonard, Edgecombe & Miller,* for appellee.

OPINION PER CURIAM, November 27, 1963:
Affirmed.